| UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION | VOLUNTARY PETITION |
|---|---|

| IN RE<br>*Wilson Sr., George Edward* | NAME OF JOINT DEBTOR |
|---|---|
| ALL OTHER NAMES used by the debtor in the last 6 years<br>*NONE* | ALL OTHER NAMES used by the joint debtor in the last 6 years |
| SOC. SEC.#/TAX I.D.#<br>*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* | SOC. SEC.#/TAX I.D.# |
| STREET ADDRESS OF DEBTOR<br>*20 Hampton*<br>*Montgomery, IL 60538*<br>            *Ph:* | STREET ADDRESS OF JOINT DEBTOR |
| COUNTY OF RESIDENCE OR BUSINESS<br>*Kendall* | COUNTY OF RESIDENCE OR BUSINESS |
| MAILING ADDRESS OF DEBTOR<br>*SAME* | MAILING ADDRESS OF JOINT DEBTOR |
| BUSINESS DEBTOR'S PRINCIPAL ASSET LOCATION<br>*NOT APPLICABLE* | VENUE<br>[X] *Debtor's domicile, residence, or business assets were in this District for the 180 days preceding this petition.* |

## INFORMATION REGARDING DEBTOR

| | |
|---|---|
| DEBTOR TYPE: [X] *Individual*<br>DEBT NATURE: [X] *Non-Business/Consumer* | CHAPTER/SECTION: [X] *Chapter 7*<br>SMALL BUSINESS:<br>[  ] *Debtor is a small business - 11 USC 101*<br>[  ] *Elects small business - 11 USC 1121(e)*<br>FILING FEE: [X] *attached* |
| | NAME AND ADDRESS OF LAW FIRM OR ATTORNEY<br>*Law Offices of Ruddy & Varga*<br>*1700 N. Farnsworth, Suite 12*<br>*Aurora, IL 60505*<br><br>Telephone No. *(630) 820-0333* |
| | ATTORNEY(S) REPRESENTING DEBTOR<br>*C. John Ruddy*<br>Edward J. Varga ARDC #0____<br><br>[ |

## STATISTICAL ADMINISTRATIVE INFORMATION (2

[X] *Funds will be available for unsecured creditors.*

| | |
|---|---|
| ESTIMATED NO. OF CREDITORS: | [X] *1-15* |
| ESTIMATED ASSETS (thousands): | [X] *100-499* |
| ESTIMATED LIABILITIES (thousands): | [X] *50-99* |
| ESTIMATED NO. OF EMPLOYEES: | [X] *Not Applicable* |
| ESTIMATED EQUITY SECURITY HOLDERS: | [X] *Not Applicable* |

U.S. Bankruptcy Court
Northern District Of Illinois
Filed: 12/01/2003
Time: 14:13:54
Debtor: GEORGE EDWARD WILSON
Case: 03-48499          Fee : 209
Chapter: 7 Rec. # : 3048677
Judge: Bruce Black
341 mtg: 01/29/2004 @ 01:30PM
Trustee: DEBORAH EBNER

1:03BK48499-BK001

Debtor: *George Edward Wilson Sr.*                                        Case No.:_____

## FILING OF PLAN

For Chapter 9, 11, 12 and 13 cases only.

## PRIOR BANKRUPTCY CASE FILED WITHIN LAST 6 YEARS

| Location Where Filed *NONE* | Case Number | Date Filed |
|---|---|---|

## PENDING BANKRUPTCY CASE FILED BY ANY SPOUSE, PARTNER, OR AFFILIATE OF THE DEBTOR

| Name of Debtor *NONE* | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

## REQUEST FOR RELIEF

Debtor requests relief under the U.S. Code title 11 chapter specified in this petition.

## SIGNATURES

**Attorney**

X _____                    Date: _____

Attorney: *C. John Ruddy*   Edward J. Varga

| INDIVIDUAL DEBTOR | CORPORATE OR PARTNERSHIP DEBTOR |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br><br>X _____ Date: ____<br>Debtor: *George Edward Wilson Sr.* | I declare under penalty of perjury that the information in this petition is true and correct and that I have been authorized to file this petition on behalf of the debtor.<br><br>X _____<br>Signature of Authorized Individual<br>Name:<br>Title:                          Date:<br><br>*If the Debtor is a corporation filing under chapter 11, Exhibit "A" is attached and made part of this petition. |

| TO BE COMPLETED BY INDIVIDUAL CHAPTER 7 DEBTOR WITH PRIMARILY CONSUMER DEBTS (See P.L. 98-353 S322) | CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 USC S110) |
|---|---|
| I am aware that I may proceed under chapter 7, 11, or 12, or 13 of title 11. U.S. Code understand the relief available under such chapter and choose to proceed under chapter 7 of such title. If I am represented by an attorney Exhibit "B" has been completed.<br><br><br>X _____ Date: ____<br>Debtor: *George Edward Wilson Sr.* | I certify that I am a bankruptcy petition preparer as defined in 11 USC S110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.<br><br>Name of Bankruptcy Petition Preparer: |
| **EXHIBIT "B"**<br>I, the attorney for the debtor(s) named in the foregoing petition, declare that I have informed the debtor(s) that (he, she, or they) may proceed under chapter 7, 11, 12, or 13 of title 11, U.S. Code, and have explained the relief available under such chapter.<br><br>X _____ Date: ____<br>Attorney: *C. John Ruddy*   Edward J. Varga | All Others Who Assisted in Preparation:<br><br><br>X _____<br>Signature of Preparer<br><br>Failure to comply may result in fines or imprisonment or both. 11 USC S110; 18 USC S156 |

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re  *George Edward Wilson Sr.*

Case No.
Chapter 7
_____ / Debtor

Attorney for Debtor: C. John Ruddy

### STATEMENT Pursuant to Rule 2016(b)

The undersigned, pursuant to Rule 2016(b), Rules of Bankruptcy Procedure, states that:

1.  The undersigned is the attorney for the debtor(s) in this case.

2.  The compensation paid or promised by the Debtor(s), to the undersigned, is as follows:
    a) For legal services rendered, or to be rendered in contemplation of
       and in connection with this case . . . . . . . . . . . . . . . . . . $ 1,520.00
    b) Prior to the filing of this Statement, Debtor(s) has paid. . . . . . . . 1,520.00
    c) Balance Due  . . . . . . . . . . . . . . . . . . . . . . . . . . . .     0.00

3.  The Filing Fee *has been paid*.

4.  The Services rendered or to be rendered include the following:
    a)  Analysis of the financial situation, and rendering advice and assistance to the
        debtor(s) in determining whether to file a petition under Title 11, U.S.C.
    b)  Preparation and filing of the petition, schedules, statement of affairs and other
        documents required by the court.
    c)  Representation of the debtor(s) at the first meeting of creditors.

5.  The source of payments made by the debtor(s) to the undersigned was from earnings,
    wages and compensation for services performed, and
        *none other.*

6.  The source of payments to be made by the debtor(s) to the undersigned for the unpaid
    balance remaining, if any, will be from earnings, wages and compensation for services
    performed, and *none other.*

7.  The undersigned has received no transfer, assignment or pledge of property except the
    following for the value stated:
        *None.*

8.  The undersigned has not shared or agreed to share with any other entity, other than
    with members of the undersigned's law firm, any compensation paid or to be paid except
    as follows: *None.*

Dated:                                          Respectfully submitted,

Attorney for Petitioner: ~~C. John Ruddy~~   Edward J. Varga
                         *Law Offices of Ruddy & Varga*
                         *1700 N. Farnsworth, Suite 12*
                         *Aurora, IL 60505*

# UNITED STATES BANKRUPTCY COURT

## NOTICE TO INDIVIDUAL CONSUMER DEBTOR

The purpose of this notice is to acquaint you with the four chapters of the federal Bankruptcy Code under which you may file a bankruptcy petition. The bankruptcy law is complicated and not easily described. Therefore, you should seek the advice of an attorney to learn of your rights and responsibilities under the law should you decide to file a petition with the court. Court employees are prohibited from giving you legal advice.

**Chapter 7:** Liquidation ($130 filing fee plus $45 administrative fee)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts.

2. Under chapter 7 a trustee takes possession of all your property. You may claim certain of your property as exempt under governing law. The trustee then liquidates the property and uses the proceeds to pay your creditors according to the priorities of the Bankruptcy Code.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, your discharge may be denied by the court, and the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a discharge, there are some debts that are not discharged under the law. Therefore, you may still be responsible for such debts as certain taxes and student loans, alimony and support payments, criminal restitution, and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs.

5. Under certain circumstances you may keep property that you have purchased subject to valid security interest. Your attorney can explain the options that are available to you.

**Chapter 13:** Repayment of All or Part of the Debts of an Individual with Regular Income ($130 filing fee plus $30 administrative fee)

1. Chapter 13 is designed for individuals with regular income who are temporarily unable to pay their debts but would like to pay them in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under chapter 13 you must file a plan with the court to repay your creditors all or part of the money that you owe them, using your future earnings. Usually, the period allowed by the court to repay your debts is three years, but no more than five years. Your plan must be approved by the court before it can take effect.

3. Under chapter 13, unlike chapter 7, you may keep all your property, both exempt and non-exempt, as long as you continue to make payments under the plan.

4. After completion of payments under your plan, your debts are discharged except alimony and support payments, student loans, certain debts including criminal fines and restitution and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs, and long term secured obligations.

**Chapter 11:** Reorganization ($800 filing fee)

Chapter 11 is designed primarily for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12:** Family farmer ($200 filing fee)

Chapter 12 is designed to permit family farmers to repay their debts over a period of time from future earnings and is in many ways similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm.

I, the debtor, affirm that I have read this notice.

_____　　　　　　　　_George E Wilson_　　　　　　　　　_____
Date　　　　　　　　　　　　　　　　　Signature of Debtor　　　　　　　　　　　　　　Case Number

Debtor Copy / Court Copy
(B 201 Rev 1/95)

## STATEMENT OF INFORMATION REQUIRED BY 11 U.S.C. S341

### INTRODUCTION

Pursuant to the Bankruptcy Reform Act of 1994, the Office of the United States Trustee, United States Department of Justice, has prepared this information sheet to help you understand some of the possible consequences of filing a bankruptcy petition under chapter 7 of the Bankruptcy Code. This information is intended to make you aware of . . .

(1) the potential consequences of seeking a discharge in bankruptcy, including the effects on credit history;
(2) the effect of receiving a discharge of debts;
(3) the effect of reaffirming a debt; and
(4) your ability to file a petition under a different chapter of the Bankruptcy Code.

There are many other provisions of the Bankruptcy Code that may affect your situation. This information sheet contains only general principles of law and is not a substitute for legal advice. If you have questions or need further information as to how the bankruptcy laws apply to your specific case, you should consult with your lawyer.

### WHAT IS A DISCHARGE?

The filing of a chapter 7 petition is designed to result in a discharge of most of the debts you listed on your bankruptcy schedules. A discharge is a court order that says you do not have to repay your debts, but there are a number of exceptions. Debts which may not be discharged in your chapter 7 case include, for example, most taxes, child support, alimony, and student loans; court-ordered fines and restitution; debts obtained through fraud or deception; and personal injury debts caused by driving while intoxicated or taking drugs. Your discharge may be denied entirely if you, for example, destroy or conceal property; destroy, conceal or falsify records; or make a false oath. Creditors cannot ask you to pay any debts which have been discharged. You can only receive a chapter 7 discharge once every six (6) years.

### WHAT ARE THE POTENTIAL EFFECTS OF A DISCHARGE?

The fact that you filed bankruptcy can appear on your credit report for as long as 10 years. Thus, filing a bankruptcy petition may affect your ability to obtain credit in the future. Also, you may not be excused from repaying any debts that were not listed on your bankruptcy schedules or that you incurred after you filed bankruptcy.

### WHAT ARE THE EFFECTS OF REAFFIRMING A DEBT?

After you file your petition, a creditor may ask you to reaffirm a certain debt or you may seek to do so on your own. Reaffirming a debt means that you sign and file with the court a legally enforceable document, which states that you promise to repay all or a portion of the debt that may otherwise have been discharged in your bankruptcy case. Reaffirmation agreements must generally be filed with the court within 60 days after the first meeting of creditors.

Reaffirmation agreements are strictly voluntary -- they are not required by the Bankruptcy Code or other state or federal law. You can voluntarily repay any debt instead of signing a reaffirmation agreement, but there may be valid reasons for wanting to reaffirm a particular debt.

Reaffirmation agreements must not impose an undue burden on you or your dependents and must be in your best interest. If you decide to sign a reaffirmation agreement, you may cancel it at anytime before the court issues your discharge order or within sixty (60) days after the reaffirmation agreement was filed with the court, whichever is later. If you reaffirm a debt and fail to make the payments required in the reaffirmation agreement, the creditor can take action against you to recover any property that was given as security for the loan and you may remain personally liable for any remaining debt.

### OTHER BANKRUPTCY OPTIONS

You have a choice in deciding what chapter of the Bankruptcy Code will best suit your needs. Even if you have already filed for relief under chapter 7, you may be eligible to convert your case to a different chapter.

Chapter 7 is the liquidation chapter of the Bankruptcy Code. Under chapter 7, a trustee is appointed to collect and sell, if economically feasible, all property you own that is not exempt from these actions.

Chapter 11 is the reorganization chapter most commonly used by businesses, but it is also available to individuals. Creditors vote on whether to accept or reject a plan, which also must be approved by the court. While the debtor normally remains in control of the assets, the court can order the appointment of a trustee to take possession and control of the business.

Chapter 12 offers bankruptcy relief to those who qualify as family farmers. Family farmers must propose a plan to repay their creditors over a three-to-five year period and it must be approved by the court. Plan payments are made through a chapter 12 trustee, who also monitors the debtors' farming operations during the pendency of the plan.

Finally, chapter 13 generally permits individuals to keep their property by repaying creditors out of their future income. Each chapter 13 debtor writes a plan which must be approved by the bankruptcy court. The debtor must pay the chapter 13 trustee the amounts set forth in their plan. Debtors receive a discharge after they complete their chapter 13 repayment plan. Chapter 13 is only available to individuals with regular income whose debts do not exceed $1,000,000 ($250,000 in unsecured debts and $750,000 in secured debts).

### AGAIN, PLEASE SPEAK TO YOUR LAWYER IF YOU NEED FURTHER INFORMATION OR EXPLANATION, INCLUDING HOW THE BANKRUPTCY LAWS RELATE TO YOUR SPECIFIC CASE.

In re:  *George Edward Wilson Sr.* _____ / Debtor     Case No.

### SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | H W J C | Market Value of Debtor's Interest | Amount of Secured Claim |
|---|---|---|---|---|
| *20 Hampton* *Montgomery, IL 60538* | | | $ 100,000 | $ 74,000 |
| | | Total | $ 100,000 | |

In re: *George Edward Wilson Sr.* _____ / Debtor   Case No. ____

## SCHEDULE B - PERSONAL PROPERTY

| Description of Property | Location | H W J C | Market Value of Debtor's Interest Before Claim |
|---|---|---|---|
| 1. Cash on hand. | *Cash* | | $ 50 |
| 2. Checking, savings or other financial accounts, certificates of deposits or shares in banks, savings, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | *5/3 Bank-Checking account* | | $ 541 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | [x] NONE | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | *Furniture* | | $ 1,000 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | [x] NONE | | |
| 6. Wearing apparel. | *Clothing* | | $ 100 |
| 7. Furs and jewelry. | [x] NONE | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | [x] NONE | | |
| 9. Interests in insurance policies. | [x] NONE | | |
| 10. Annuities. | [x] NONE | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. | *Prudential Teamsters Retirement* | | UNKNOWN |
| | *Teamsters Pension Funds* | | UNKNOWN |

In re: *George Edward Wilson Sr.* _____ / Debtor   Case No.

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Description of Property | Location | H W J C | Market Value of Debtor's Interest Before Claim |
|---|---|---|---|

12. **Stock and interests in incorporated and unincorporated businesses.**
   [x] NONE

13. **Interests in partnerships or joint ventures.**
   [x] NONE

14. **Government and corporate bonds and other negotiable and non-negotiable instruments.**
   [x] NONE

15. **Accounts receivable.**
   [x] NONE

16. **Alimony, maintenance, support, and property settlements, to which the debtor is or may be entitled.**
   [x] NONE

17. **Other liquidated debts owing debtor including tax refunds.**
   [x] NONE

18. **Equitable and future interests, life estates, and rights of power exercisable for the benefit of the debtor other than those listed in Schedule of Real Property.**
   [x] NONE

19. **Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust.**
   [x] NONE

20. **Other contingent and unliquidated claims of every nature, including tax refunds, counter claims of the debtor, and the rights to setoff claims.**
   [x] NONE

21. **Patents, copyrights, and other intellectual property.**
   [x] NONE

22. **Licenses, franchises, and other general intangibles.**
   [x] NONE

23. **Automobiles, trucks, trailers, and other vehicles and accessories.**
   *'04 Ford F150*                                                          $ 22,000

In re: *George Edward Wilson Sr.*                          / Debtor        Case No.

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Description of Property | Location | H W J C | Market Value of Debtor's Interest Before Claim |
|---|---|---|---|

**24. Boats, motors, and accessories.**
   [x] NONE

**25. Aircraft and accessories.**
   [x] NONE

**26. Office equipment, furnishings, and supplies.**
   [x] NONE

**27. Machinery, fixtures, equipment, and supplies used in business.**
   [x] NONE

**28. Inventory.**
   [x] NONE

**29. Animals.**
   [x] NONE

**30. Crops - growing or harvested.**
   [x] NONE

**31. Farming equipment and implements.**
   [x] NONE

**32. Farm supplies, chemicals, and feed.**
   [x] NONE

**33. Other personal property of any kind not already listed.**
   [x] NONE

                                                    Total        $ 23,691

In re: *George Edward Wilson Sr.*  _____ / Debtor    Case No.

## SCHEDULE C – PROPERTY CLAIMED EXEMPT

Debtor elects the exemptions to which debtor is entitled under:
[x] 11 USC 522(b)(2): Exemptions available under applicable nonbankruptcy
federal laws, and state or local laws.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property w/o Deducting Exemption |
|---|---|---|---|
| **Real Property** *20 Hampton Montgomery, IL 60538* | | | $ 100,000 |
| | *735 ILCS 5/12-901* | $ 7,500 | |
| **Cash on hand** *Cash* | | | $ 50 |
| | *735 ILCS 5/12-1001(b)* | $ 50 | |
| **Deposits of money with banks, etc** *5/3 Bank-Checking account* | | | $ 541 |
| | *735 ILCS 5/12-1001(b)* | $ 541 | |
| **Household goods and furnishings** *Furniture* | | | $ 1,000 |
| | *735 ILCS 5/12-1001(b)* | $ 1,000 | |
| **Wearing apparel** *Clothing* | | | $ 100 |
| | *735 ILCS 5/12-1001(a)* | $ 100 | |
| **Automobiles, trucks, trailers, etc, and accessories** *'04 Ford F150* | | | $ 22,000 |
| | *735 ILCS 5/12-1001(c)* | $ 875 | |

In re: *George Edward Wilson Sr.* _____ / Debtor    Case No. _____

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| Creditor Name and Address | Date, Nature of Lien, Description & Value | Claim Amount | Unsecured Portion and Notes* |
|---|---|---|---|
| 1. Account No. 35381660<br>Ford Motor Credit<br>c/o Correspondence<br>P.O. Box 64400<br>Colorado Springs, CO 80962 | Purchase Money Security<br>'04 Ford F150<br>Value: $ 22,000.00 | $ 21,125.79 | $ 0.00 |
| 2. Account No. 209355<br>Nutter Mortgage<br>West Port/Plaza Office<br>4153 Broadway/P.O. Box 10346<br>Kansas City, MI 64171-9936 | Mortgage (Current)<br>20 Hampton<br>Montgomery, IL 60538<br>Value: $ 100,000.00 | $ 74,000.00 | $ 0.00 |

No continuation sheets attached

Subtotal:   $ 95,125.79
Total:   $ 95,125.79

In re: _George Edward Wilson Sr._ _____ / Debtor    Case No. _____

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

[X] Debtor has no creditors holding unsecured priority claims to report on this
Schedule E.


## TYPES OF PRIORITY CLAIMS

[ ] **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs
after the commencement of the case but before the earlier of the appointment of a
trustee or the order for relief.  11 U.S.C. S507(a)(2).

[ ] **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay
owing to employees and commissions owing to qualifying independent sales
representatives up to $4000* per person earned within 90 days immediately preceding
the filing of the original petition, or the cessation of business, whichever
occurred first, to the extent provided in 11 U.S.C. S507(a)(3).

[ ] **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately
preceding the filing of the original petition, or the cessation of business, whichever
occurred first, to the extent provided in 11 U.S.C. S507(a)(4).

[ ] **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $4000* per farmer or fisherman, against
the debtor, as provided in 11 U.S.C. S507(a)(5).

[ ] **Deposits by individuals**
Claims of individuals up to $1800* for deposits for the purchase, lease, or rental of
property or services for personal, family, or household use, that were not delivered
or provided.  11 U.S.C. S507(a)(6).

[ ] **Alimony, Maintenance, or Support**
Claims of a spouse, former spouse, or child of the debtor, for alimony, maintenance or
support, to the extent provided in 11 U.S.C. S507(a)(7).

[ ] **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental
units as set forth in 11 U.S.C. S507(a)(8).

[ ] **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift
Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve
System, or their predecessors or successors, to maintain the capital of an insured
depository institution.  11 U.S.C. S507(a)(9).

* Amounts are subject to adjustment on April 1, 1998, and every three years thereafter
with respect to cases commenced on or after the date of adjustment.

No continuation sheets attached

In re: *George Edward Wilson Sr.* _____ / Debtor    Case No.

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| Creditor Name and Address | Date Claim was Incurred Consideration for Claim | Claim Amount and Notes* |
|---|---|---|
| 1. Account No. 3723-158736-41007<br>American Express<br>P.O. Box 360002<br>Ft Lauderdale, FL 33336-0002 | Credit card purchases | $ 3,281.82 |
| 2. Account No. 4366 1110 1050 5761<br>Bank One<br>P.O. Box 8650<br>Wilmington, DE 19899-8650 | Credit card purchases | $ 15,316.26 |
| 3. Account No. 522-032-418-9<br>BP Amoco<br>The Credit Card Center<br>P.O. Box 9014<br>Des Moines, IA 50368-9014 | Credit card purchases | $ 334.00 |
| 4. Account No. 4115-0721-5663-0959<br>Capital One Services<br>P.O. Box 85015<br>Richmond, VA 23285-5015 | Credit card purchases | $ 1,488.91 |
| 5. Account No. 4305 7220 2727 2700<br>Capital One Services<br>P.O. Box 85015<br>Richmond, VA 23285-5015 | Credit card purchases | $ 7,156.54 |
| 6. Account No. 5424 1803 3232 8027<br>Citi Cards<br>P.O. Box 6413<br>The Lakes, NV 88901-6413 | Credit card purchases | $ 25,033.23 |
| 7. Account No. 6011 0077 5059 9002<br>Discover Card<br>P.O. Box 30395<br>Salt Lk City, UT 84130-0395 | Credit card purchases | $ 3,172.73 |
| 8. Account No. 3-034-378-940-10<br>Marshall Field's<br>Retailers National Bank<br>P.O. Box 59231<br>Minneapolis, MN 55459-0231 | Credit card purchases | $ 237.78 |

1 continuation sheet attached                    Subtotal:    $ 56,021.27

In re: *George Edward Wilson Sr.* _____ / Debtor   Case No. _____

## SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| Creditor Name and Address | Date Claim was Incurred Consideration for Claim | Claim Amount and Notes* |
|---|---|---|
| **9.**  Account No. 5490 3508 5766 3152<br>MBNA America Bank, N.A.<br>P.O. Box 15026<br>Wilmington, DE 19850-5026 | Credit card purchases | $ 7,470.49 |
| Penncro Associates, Inc.<br>95 James Way, Suite 113<br>Southampton, PA 18966-3847<br>Claim #9438698 | Representing: MBNA America Bank, N.A. | |
| **10.**  Account No. 5458 0046 6700 4095<br>Metris Companies<br>Cardmember Services<br>P.O. Box 21550<br>Tulsa, OK 74121-1550 | Credit card purchases | $ 2,980.52 |
| **11.**  Account No. 6018 5960 3408 4677<br>Old Navy Account<br>P.O. Box 150980 Dept 72<br>Atlanta, GA 30353-5980 | Credit card purchases | $ 205.24 |

Sheet no. 1 of 1

Subtotal:  $ 10,656.25
Total:  $ 66,677.52

In re: *George Edward Wilson Sr.* _____ / Debtor   Case No.

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| Name and Address of Other Parties to Instrument | Notes of Contract or Lease and Debtor's Interest |
|---|---|

[X] No executory contracts or unexpired leases.

In re: *George Edward Wilson Sr.* _____ / Debtor    Case No.

## SCHEDULE H - CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
| --- | --- |

[X] Debtor has no codebtors.

In re: *George Edward Wilson Sr.* _____ / Debtor    Case No.

## SCHEDULE I-CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

DEBTOR'S MARITAL STATUS: *Single*

DEPENDENTS OF DEBTOR AND SPOUSE:

| NAME | AGE | RELATIONSHIP |
|------|-----|--------------|
| Stacy Swister | 37 | girlfriend |
| Scott | 19m | girlfriend's son |

EMPLOYMENT:

|  | DEBTOR | SPOUSE |
|--|--------|--------|
| Occupation: | Retired | |
| Name of Employer: | | |
| How Long Employed: | | |
| Employer Address: | | |

| INCOME: | DEBTOR | SPOUSE |
|---------|--------|--------|
| Current monthly gross wages, salary, and commissions | $ 0.00 | $ |
| Estimated monthly overtime | $ 0.00 | $ |
| SUBTOTAL | $ 0.00 | $ |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 0.00 | $ |
| b. Insurance | $ 0.00 | $ |
| c. Union dues | $ 0.00 | $ |
| d. Other: | $ 0.00 | $ |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ |
| TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ |
| | | |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ 0.00 | $ |
| Income from real property | $ 0.00 | $ |
| Interest and dividends | $ 0.00 | $ |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ |
| Social security or other government assistance | | |
| Social Security | $ 1,258.00 | $ |
| Pension or retirement income | $ 1,982.97 | $ |
| Other monthly income | $ 0.00 | $ |
| TOTAL MONTHLY INCOME | $ 3,240.97 | $ |
| TOTAL COMBINED MONTHLY INCOME | $ 3,240.97 | |

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

NONE

In re: *George Edward Wilson Sr.* _____ / Debtor   Case No. ____

## SCHEDULE J-CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

[ ] Check this box if a joint petition is filed and debtor's spouse maintains a separate
household. Complete a separate schedule of expenditures labeled "Spouse".

| | |
|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $ 872.00 |
| Are real estate taxes included?   Yes **x**   No___ | |
| Is property insurance included?   Yes **x**   No___ | |
| Utilities: Electricity and heating fuel | $ 125.00 |
|     Water and sewer | $ 55.00 |
|     Telephone | $ 300.00 |
|     Other Garbage | $ 49.00 |
| Home maintenance (repairs and upkeep) | $ 150.00 |
| Food | $ 500.00 |
| Clothing | $ 150.00 |
| Laundry and Dry cleaning | $ 80.00 |
| Medical and Dental expenses | $ 150.00 |
| Transportation (not including car payments) | $ 200.00 |
| Recreation, clubs, and entertainment, newspaper, magazines, etc. | $ 0.00 |
| Charitable contributions | $ 0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | |
|     Homeowner's or renter's | $ 0.00 |
|     Life | $ 286.00 |
|     Health | $ 113.00 |
|     Auto | $ 120.00 |
|     Other | $ 0.00 |
| Taxes (not deducted from wages or included in home mortgages) | $ 0.00 |
| Installment payments: | |
|     Auto | $ 409.00 |
|     Other | $ 0.00 |
| Alimony, maintenance, and support paid to others | $ 0.00 |
| Payments for support of additional dependents not living at your home | $ 0.00 |
| Regular expenses from operation of business, profession, or farm | |
| (attach detailed statement) | $ 0.00 |
| Other | $ 0.00 |
| TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | $ 3,559.00 |

# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re   *George Edward Wilson Sr.*

Case No.
Chapter *7*
/ Debtor

Attorney for Debtor: Edward J. Varga

## STATEMENT OF FINANCIAL AFFAIRS

### 1. Income from Employment or Operation of Business.

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this case calendar year.

[X] None

---

### 2. Income other than from Employment or Operation of Business.

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case.

Income year to date: *$38,891*
Last year: *$38,891*
Year before: *$38,891*
Source(s): *S.S. and Pension Income*

---

### 3. Payments to Creditors.

a. List all payments on loans, installments, purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case.

[X] None

---

Statement of Affairs -- Page 1

b. List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders.

[X] None

---

## 4. Suits and Administrative Proceedings, Executions, Garnishments and Attachments.

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case.

[X] None

---

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case.

[X] None

---

## 5. Repossessions, Foreclosures and Returns.

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.

[X] None

---

## 6. Assignments and Receiverships.

a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case.

[X] None

---

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case.

[X] None

---

## 7. Gifts.

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.

[X] None

---

## 8. Losses.

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case.

[X] None

---

## 9. Payments Related to Debt Counseling or Bankruptcy.

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

```
         Payee: Edward J. Varga
       Address: 1700 N. Farnsworth, Suite 12
         Addr2: Aurora, IL 60505
Date of payment: 09/09/03, 10/09/03 and 11/04/03
         Payor: George Edward Wilson Sr.
 Payment/Value: $1,520.00
```

**10. Other Transfers.**

List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as a security within one year immediately preceding the commencement of this case.

[X] None

---

**11. Closed Financial Accounts.**

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions.

[X] None

---

**12. Safe Deposit Boxes.**

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.

[X] None

---

**13. Setoffs.**

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case.

[X] None

---

## 14. Property held for Another Person.

List all property owned by another person that the debtor holds or controls.

[X] None

---

## 15. Prior Address of Debtor.

If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.

[X] None

---

## 16. Nature, Location and Name of Business.

a. If the debtor is an individual, list the names and addresses of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was self-employed professional within the two years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the two years immediately preceding the commencement of this case.

b. If the debtor is a partnership, list the names and addresses of all businesses in which the debtor was a partner or owned 5 percent or more of the voting securities, within two years immediately preceding the commencement of this case.

c. If the debtor is a corporation, list the names and addresses of all businesses in which the debtor was a partner or owned 5 percent or more of the voting securities within two years immediately preceding the commencement of this case.

[X] None

---

**17. Books, records and financial statements.**

   a. List all bookkeepers and accountants who within the six years immediately preceding the filing of this bankruptcy case kept or supervised keeping of books of account and records of the debtor.

   [X] None

   _____

   b. List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

   [X] None

   _____

   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

   [X] None

   _____

   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within two years immediately preceding the commencement of this case by the debtor.

   [X] None

   _____

**18. Inventories.**

   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

   [X] None

   _____

   b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

   [X] None

   _____

### 19. Current Partners, Officers, Directors and Shareholders.

    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

    [X] None

    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting securities of the corporation.

    [X] None

### 20. Former partners, officers, directors and shareholders.

    a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

    [X] None

    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

    [X] None

### 21. Withdrawals from a Partnership or Distributions by a Corporation.

    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

    [X] None

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing Statement of Financial Affairs and any attachments thereto and that they are true and correct.

Date _____        Signature _George E Wilson_____

George Edward Wilson Sr., Debtor

Penalty for making a false statement or concealing property.  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. SS 152 and 3571.

# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re   *George Edward Wilson Sr.*

Case No.
Chapter 7
_____/ Debtor

Attorney for Debtor: C. John Ruddy

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1. I George Edward Wilson Sr., the debtor, have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2. My intention with respect to the property of the estate which secures those consumer debts is as follows:

a. Property to be Surrendered

| Description of Property | Creditor's Name |
|---|---|
| NONE | |

b. Property to be Retained

| Description of Property | Creditor's Name | Intention |
|---|---|---|
| '04 Ford | Ford Motor Credit | Reaffirm 524(c)* |
| 20 Hampton | Nutter Mortgage | Reaffirm 524(c)* |

*524(c): Debt will be reaffirmed pursuant to Sec. 524(c)

3. I understand that 521(2)(B) of the Bankruptcy Code requires that I perform the above stated intentions within 45 days of the filing of this statement with the court, or within such additional time as the court, for cause, within such 45-day period fixes.

_____

Debtor: *George Edward Wilson Sr.*

Date:

George Edward Wilson Sr.
20 Hampton
Montgomery, IL 60538

Marshall Field's
Retailers National Bank
P.O. Box 59231
Minneapolis, MN 55459-0231

Edward J. Varga
1700 N. Farnsworth, Suite 12
Aurora, IL 60505

MBNA America Bank, N.A.
P.O. Box 15026
Wilmington, DE 19850-5026

American Express
P.O. Box 360002
Ft Lauderdale, FL 33336-0002

Metris Companies
Cardmember Services
P.O. Box 21550
Tulsa, OK 74121-1550

Bank One
P.O. Box 8650
Wilmington, DE 19899-8650

Nutter Mortgage
West Port/Plaza Office
4153 Broadway/P.O. Box 10346
Kansas City, MI 64171-9936

BP Amoco
The Credit Card Center
P.O. Box 9014
Des Moines, IA 50368-9014

Old Navy Account
P.O. Box 150980 Dept 72
Atlanta, GA 30353-5980

Capital One Services
P.O. Box 85015
Richmond, VA 23285-5015

Penncro Associates, Inc.
95 James Way, Suite 113
Southampton, PA 18966-3847
Claim #9438698

Citi Cards
P.O. Box 6413
The Lakes, NV 88901-6413

Discover Card
P.O. Box 30395
Salt Lk City, UT 84130-0395

Ford Motor Credit
c/o Correspondence
P.O. Box 64400
Colorado Springs, CO 80962

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re *George Edward Wilson Sr.*

Case No.
Chapter *7*
/ Debtor

Attorney for Debtor: Edward J. Varga

## LIST OF CREDITORS

| # | Creditor | Claim and Security | Claim Amount |
|---|----------|--------------------|--------------|
| 1. | American Express<br>P.O. Box 360002<br>Ft Lauderdale, FL 33336-0002 | Credit card purchases | $ 3,281.82 |
| 2. | Bank One<br>P.O. Box 8650<br>Wilmington, DE 19899-8650 | Credit card purchases | $ 15,316.26 |
| 3. | BP Amoco<br>The Credit Card Center<br>P.O. Box 9014<br>Des Moines, IA 50368-9014 | Credit card purchases | $ 334.00 |
| 4. | Capital One Services<br>P.O. Box 85015<br>Richmond, VA 23285-5015 | Credit card purchases | $ 1,488.91 |
| 5. | Capital One Services<br>P.O. Box 85015<br>Richmond, VA 23285-5015 | Credit card purchases | $ 7,156.54 |
| 6. | Citi Cards<br>P.O. Box 6413<br>The Lakes, NV 88901-6413 | Credit card purchases | $ 25,033.23 |
| 7. | Discover Card<br>P.O. Box 30395<br>Salt Lk City, UT 84130-0395 | Credit card purchases | $ 3,172.73 |
| 8. | Ford Motor Credit<br>c/o Correspondence<br>P.O. Box 64400<br>Colorado Springs, CO 80962 | Purchase Money Security<br>'04 Ford F150 | $ 21,125.79 |

Creditor List -- Page 1

## LIST OF CREDITORS

| # | Creditor | Claim and Security | Claim Amount |
|---|----------|--------------------|--------------|
| 9. | Marshall Field's<br>Retailers National Bank<br>P.O. Box 59231<br>Minneapolis, MN 55459-0231 | Credit card purchases | $ 237.78 |
| 10. | MBNA America Bank, N.A.<br>P.O. Box 15026<br>Wilmington, DE 19850-5026 | Credit card purchases | $ 7,470.49 |
| 11. | Metris Companies<br>Cardmember Services<br>P.O. Box 21550<br>Tulsa, OK 74121-1550 | Credit card purchases | $ 2,980.52 |
| 12. | Nutter Mortgage<br>West Port/Plaza Office<br>4153 Broadway/P.O. Box 10346<br>Kansas City, MI 64171-9936 | Mortgage (Current)<br>20 Hampton<br>Montgomery, IL 60538 | $ 74,000.00 |
| 13. | Old Navy Account<br>P.O. Box 150980 Dept 72<br>Atlanta, GA 30353-5980 | Credit card purchases | $ 207.33 |

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re   *George Edward Wilson Sr.*

Case No.
Chapter 7
/ Debtor

Attorney for Debtor: C. John Ruddy

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of our knowledge.

Dated:_____

_____
Debtor

_____
Joint Debtor

# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re   *George Edward Wilson Sr.*

Case No.
Chapter 7
/ Debtor

Attorney for Debtor: Edward J. Varga

## SUMMARY OF SCHEDULES

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | Yes | 1 | $ 100,000.00 | | |
| B – Personal Property | Yes | 3 | $ 23,691.00 | | |
| C – Property Claimed As Exempt | Yes | 1 | | | |
| D – Creditor Holding Secured Claims | Yes | 1 | | $ 95,125.79 | |
| E – Creditors Holding Unsecured Priority Claims | Yes | 1 | | $ 0.00 | |
| F – Creditors Holding Unsecured Nonpriority Claims | Yes | 2 | | $ 66,679.61 | |
| G – Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H – Codebtors | Yes | 1 | | | |
| I – Current Income of Individual Debtor(s) | Yes | 1 | | | $ 3,240.97 |
| J – Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $ 3,559.00 |

Total Number of sheets
in ALL Schedules > __13__

Total Assets > $ __123,691.00__

Total Liabilities > $ __161,805.40__

In re: *George Edward Wilson Sr.* _____/ Debtor    Case No.

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing Summary and
Schedules, consisting of 13 sheets, and that they are true and correct to the best of my
knowledge, information, and belief.

Date _____    Signature *George E Wilson* /L

*George Edward Wilson Sr., Debtor*

Penalty for making a false statement or concealing property.  Fine of up to $500,000 or
imprisonment for up to 5 years or both.  18 U.S.C. SS 152 and 3571.